SCOTT J. KAPLAN (SB #143478)
ERIK P. KHOOBYARIAN (SB #226749)
epkhoobyarian@stoel.com
STOEL RIVES LLP
980 Ninth Street, 19th Floor
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendants
Strands, Inc. (formerly known as Mediastrands, Inc. and erroneously sued herein as MediaStrands) and Mystrands, Inc. (formerly known as Musicstrands, Inc. and erroneously sued herein as Mystrands and Musicstrands)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREAS WEIGEND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUSICSTRANDS, MEDIASTRANDS, MYSTRANDS, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. C 08-00726 PJH<br><br>**STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

　　　　Pursuant to Civil Local Rule 6-1, Plaintiff ANDREAS WEIGEND and Defendants STRANDS, INC. (formerly known as Mediastrands, Inc. and erroneously sued herein as MediaStrands) and MYSTRANDS, INC. (formerly known as Musicstrands, Inc. and erroneously sued herein as Mystrands and Musicstrands) ("Defendants"), hereby stipulate to enlarge the time within which Defendants must answer or otherwise respond to the complaint to and including March 7, 2008.  The enlargement of time will not alter the date of any event or deadline already fixed by Court order, and, accordingly, this stipulation does not require a Court order (Civil L.R. 6-1(a)).

/ / /

DATED: February 13, 2008

STOEL RIVES LLP

By: /s/ Erik P. Khoobyarian
ERIK P. KHOOBYARIAN
Attorneys for Defendant
AMAZON.COM, INC.

DATED: February 13, 2008

LAW OFFICE OF DAVID WONG

By: /s/ David Wong
DAVID WONG
Attorneys for Plaintiff
ANDREAS WEIGEND

ATTESTATION OF ERIK P. KHOOBYARIAN

I, Erik P. Khoobyarian, am one of the attorneys of record for Defendants STRANDS, INC. (formerly known as Mediastrands, Inc. and erroneously sued herein as MediaStrands) and MYSTRANDS, INC. (formerly known as Musicstrands, Inc. and erroneously sued herein as Mystrands and Musicstrands). I have obtained concurrence in the filing of this document from David Wong, attorney of record for Plaintiff ANDREAS WEIGEND, which shall serve in lieu of his signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

DATED: February 13, 2008                    /s/ Erik P. Khoobyarian

ERIK P. KHOOBYARIAN