Click to buy NOW! PDF-XChange www.docu-track.com

David Wong (SBN 234788)
2930 Domingo Ave #149
Berkeley CA 94705
Attorney for Plaintiff Andreas Weigend
Telephone: (510) 684 2759

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Andreas Weigend,<br><br>        Plaintiff,<br><br> vs.<br><br>Musicstrands Inc., Strands Inc.,<br><br>Mystrands Inc., MediaStrands Inc., and<br><br>DOES 1-50,<br><br>        Defendants | Case No.:   3:08-cv-00726 PJH<br><br>JOINT ADR CERTIFICATION AND NOTICE OF NEED FOR ADR TELECONFERENCE |

Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolutions Procedures in the Northern district of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

The parties have not yet reached an agreement to an ADR process.  Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference, currently scheduled for May 8, 2008.

The following counsel will participate in the ADR phone conference:




| Name | Party Representing | Phone No. | E-mail Address |
|---|---|---|---|
| David Wong | Plaintiff | 510 684 2759 | d@davidwonglaw.com |
| Scott Kaplan | Defendants | 503 294 9186 | sjkaplan@stoel.com |

Dated: April 29, 2008          Andreas Weigend

By  _____/s/_____

Dated: April 29, 2008          David Wong

By___/s/_____

Attorney for Andreas Weigend

Dated: April   , 2008          Musicstrands, Inc.

By_____/s/_____

Dated: April   , 2008          Scott Kaplan

By_____/s/_____

Attorney for Musicstrands, Inc.

Filer's Attestation: Pursuant to General Order No 45, Section X(b) regarding signatures, David Wong attests that concurrence in the filing of this document has been obtained.

Dated:

By:   /s/

David Wong

- 2 -