| | |
|---|---|
| 1 | SCOTT J. KAPLAN (SB #143478) |
|   | sjkaplan@stoel.com |
| 2 | STOEL RIVES LLP |
|   | 900 SW Fifth Avenue, Suite 2600 |
| 3 | Portland, OR  97204 |
|   | Telephone:  (503) 224-3380 |
| 4 | Facsimile:  (503) 220-2480 |

Attorneys for Plaintiff
Strands, Inc. and Mystrands, Inc. (formerly known as Musicstrands, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREAS WEIGEND, | Case No. C 08-00726 PJH |
| Plaintiff, | **DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES** |
| v. | |
| MUSICSTRANDS, INC., STRANDS, INC., MYSTRANDS, INC., and DOES 1-50, | |
| Defendants. | |

Pursuant to Fed R. Civ. P. 7.1, defendant Strands, Inc. (formerly known as Mediastrands, Inc. and erroneously sued herein as MediaStrands) certifies that Banco Bilbao Vizcaya Argentaria (BBVA), a company traded on the New York Stock Exchange, owns more than 10 percent of its stock.  Defendant Mystrands, Inc. (formerly known as Musicstrands, Inc. and erroneously sued herein as Mystrands and Musicstrands), is a wholly owned subsidiary of Strands, Inc.

DATED:  May 6, 2008.

STOEL RIVES LLP


By: /s/ Scott J. Kaplan
    SCOTT J. KAPLAN
    Attorneys for Defendants
    Strands, Inc. and Mystrands, Inc. (formerly known as Musicstrands, Inc.)