UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** May 8, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-0726 PJH

**Case Name:** Andreas Weigend v. Musicstands, et al.

**Attorney(s) for Plaintiff:**     David Wong
**Attorney(s) for Defendant:**     Scott J. Kaplan

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The court sets discovery limitations. Each side will be permitted 10 depositions, 25 interrogatories, 35 document requests and 45 requests for admissions. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for ENE to be completed within 120 days.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:** 6/1/09
**Expert disclosure:** 6/30/09; **Rebuttal:** 7/31/09
**Expert discovery cutoff:** 8/31/09
**Motions heard by:** 9/9/09
**Pretrial Conference:** 12/17/09
**Trial:** 1/11/2010 at 8:30 a.m., for 4 days, by [x] Jury [] Court

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file; ADR