# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Weigend,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Musicstrands,<br><br>　　　　　　Defendant(s). | 08-00726 PJH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Paul A. Renne**
> Cooley Godward Kronish LLP
> 101 California St., 5th Fl.
> San Francisco, CA 94111-5800
> 415-693-2073

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Evaluator**
08-00726 PJH ENE　　　　　　　　　　　　　- 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: May 16, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
08-00726 PJH ENE                                  - 2 -