SCOTT J. KAPLAN (SB #143478)
sjkaplan@stoel.com
ANTHONY J. DECRISTOFORO (SB #166171)
ajdecristoforo@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendant
Strands, Inc. and Mystrands, Inc. (formerly known as Musicstrands, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANDREAS WEIGEND, | Case No. C 08-00726 PJH |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| MUSICSTRANDS, INC.; STRANDS, INC.; MYSTRANDS, INC.; and DOES 1-50, | |
| Defendants. | |

PLEASE TAKE NOTICE that Anthony J. DeCristoforo of Stoel Rives, LLP, 980 Ninth Street, Suite 1900, Sacramento, CA 95814, will serve as one of the attorneys for Defendant Strands, Inc. and Mystrands, Inc. (formerly known as Musicstrands, Inc.) in this matter, substituting for Erik P. Khoobyarian, formerly of Stoel Rives LLP, 980 Ninth Street, Suite 1900, Sacramento, CA 95814. All further notices in this matter should be served on Mr. DeCristoforo in place of Mr. Khoobyarian. Mr. DeCristoforo's e-mail address is ajdecristoforo@stoel.com.

////

////

////

////

1 | Notice is also given that lead attorney and trial counsel for defendant remains Scott J.
2 | Kaplan of Stoel Rives LLP.
3 |
4 | DATED: May 21, 2008.          STOEL RIVES LLP
5 |
6 | By: /s/ Anthony J. DeCristoforo
7 | ANTHONY J. DECRISTOFORO
  | Attorneys for Defendants
8 | Strands, Inc. and Mystrands, Inc. (formerly known as Musicstrands, Inc.)