1  SCOTT J. KAPLAN (SB #143478)
   sjkaplan@stoel.com
2  ANTHONY J. DECRISTOFORO (SB #166171)
   ajdecristoforo@stoel.com
3  STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
4  Portland, OR  97204
   Telephone:  (503) 224-3380
5  Facsimile:  (503) 220-2480

6  Attorneys for Defendant
   Strands, Inc. and Mystrands, Inc. (formerly known
7  as Musicstrands, Inc.)

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  ANDREAS WEIGEND,                    Case No. C 08-00726 PJH

13              Plaintiff,              **DEFENDANTS' ANSWER AND
                                        AFFIRMATIVE DEFENSES TO
14       v.                             SECOND AMENDED COMPLAINT**

15  MUSICSTRANDS, INC.; STRANDS, INC.;
    MYSTRANDS, INC.; and DOES 1-50,
16
                Defendants.
17

18

19       Defendants Strands, Inc. and Mystrands, Inc. (formerly known as Mediastrands, Inc. and

20  erroneously sued herein as MediaStrands), for their answer to plaintiff's Second Amended

    Complaint, state as follows:
21
         1.      Defendants lack sufficient knowledge or information to admit or deny the
22
    allegations in plaintiff's unnumbered "Introduction," except that they (a) deny the allegations in
23
    the first sentence of the "Introduction" and (b) admit the allegations in the last sentence in the
24
    "Introduction."  Defendants admit that on or about January 15, 2005, the parties entered into
25
    certain contracts, only one of which is at issue in this case, the "Non-Statutory Stock Option
26
    Agreement" (the "Contract").  Defendants deny the remaining allegations in the second paragraph
27
    of the "Introduction."
28

STOEL RIVES LLP    DEFENDANTS' ANSWER AND AFFIRMATIVE
ATTORNEYS AT LAW   DEFENSES TO SECOND AMENDED              -1-                    C 08-00726 PJH
PORTLAND           COMPLAINT
                   Portlnd3-1628313.1 0061692-00025

1    2.    In answer to paragraph 1, defendants admit venue is proper in this Court.

2    Defendants lack sufficient knowledge or information to admit or deny the remaining allegations

3    in paragraph 1.

4    3.    Defendants admit the allegations in paragraph 2.

5    4.    In answer to paragraphs 3 and 4, defendants deny that Strands, Inc., Mystrands,

6    Inc. and Mediastrands, Inc. are assumed business names of each other.  Defendants admit they

7    have offices in Corvallis, Oregon and Madrid, Spain.  Defendants deny the remaining allegations

8    in paragraphs 3 and 4.

9    5.    Defendants deny all allegations in paragraph 5 relating to defendants.

10    6.    In answer to paragraphs 6 and 7, defendants reallege their answers to paragraphs 1

11    through 5 and plaintiff's "Introduction."

12    7.    Defendants deny the allegations in paragraph 9.

13    8.    Defendants deny the allegations in paragraphs 10 through 14.

14    9.    In answer to paragraph 15, defendants reallege their answers to paragraphs 1

15    through 14.

16    10.    Paragraph 16 is vague, ambiguous and unintelligible.  To the extent defendants

17    understand them, they deny the allegations in paragraph 16.

18    11.    Defendants deny the allegations in paragraphs 17 through 20.

19    12.    In answer to paragraph 21, defendants reallege their answers to paragraphs 1

20    through 20.

21    13.    In answer to paragraphs 22 through 25, defendants admit that plaintiff has made

22    repeated, varying and inconsistent demands for money.  Defendants deny the remaining

23    allegations in paragraphs 22 through 25.

24    14.    In answer to paragraph 26, defendants reallege and incorporate their answers to

25    paragraphs 1 through 25.

26    15.    Defendants admit the allegations in paragraph 27 through late 2005.  Defendants

27    deny any remaining allegations in paragraph 27.

28    16.    Defendants admit the allegations in paragraph 28.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO SECOND AMENDED          -2-                    C 08-00726 PJH
COMPLAINT
Portlnd3-1628313.1 0061692-00025

1    17.    Defendants admit the allegations in paragraph 29.

2    18.    Defendants deny the allegations in paragraphs 31 through 33.

3                         **AFFIRMATIVE DEFENSES**

4                      **FIRST AFFIRMATIVE DEFENSE**

5                        **(Failure to State a Claim)**

6    19.    Plaintiff fails to state a claim for which relief may be granted.

7                     **SECOND AFFIRMATIVE DEFENSE**

8                        **(Statute of Limitations)**

9    20.    Plaintiff's claims are barred to the extent they are not timely made within the

10   applicable statutory time limit.

11                     **THIRD AFFIRMATIVE DEFENSE**

12                        **(Parol Evidence Rule)**

13   21.    Plaintiff's claims are contrary to the express terms of the fully integrated Contract

14   between the parties and are therefore barred by the parol evidence rule.

15                     **FOURTH AFFIRMATIVE DEFENSE**

16                  **(Failure to Satisfy Conditions Precedent)**

17   22.    Plaintiff has failed to satisfy conditions precedent to recovery, including but not

18   limited to the exercise of his stock options within the period allowed by the Contract.

19                      **FIFTH AFFIRMATIVE DEFENSE**

20                              **(Laches)**

21   23.    Plaintiff's unreasonably long delay in purporting to exercise his stock options bars

22   his claims under the doctrine of laches.

23                     **SIXTH AFFIRMATIVE DEFENSE**

24                        **(Waiver and Estoppel)**

25   24.    Plaintiff waived the right to exercise stock options by knowingly and intentionally

26   failing to timely exercise them.  Alternatively, plaintiff is estopped from exercising such options.

27   / / / / /

28   / / / / /

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO SECOND AMENDED               -3-                    C 08-00726 PJH
COMPLAINT
Portlnd3-1628313.1 0061692-00025

**SEVENTH AFFIRMATIVE DEFENSE**

**(Failure of Consideration)**

25.    To the extent plaintiff's services provided no value to defendants, there was a

failure of consideration, excusing any options of defendants under the Contract.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Plaintiff a Volunteer)**

26.    Any services plaintiff provided defendants after July 2005 or such other date

according to proof were as a volunteer and not at defendants' request or for their benefit.

Consequently, plaintiff may not recover the value of such services, if any.

**NINTH AFFIRMATIVE DEFENSE**

**(Mitigation of Damages)**

27.    Plaintiff has failed to mitigate his damages, if any.

**TENTH AFFIRMATIVE DEFENSE**

**(Prior Material Breaches)**

28.    Plaintiff's failure to timely exercise his stock options is a material breach excusing

any obligation of defendants under the Contract.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Statute of Frauds)**

29.    To the extent plaintiff relies on oral agreement, it is barred by the statute of frauds.

30.    Defendants' investigation and discovery is continuing.  They reserve the right to

assert other and further such defenses.

WHEREFORE, defendants pray for the following relief:

A.    Plaintiff's claims should be dismissed with prejudice;

B.    Plaintiff take nothing by its claims;

C.    For defendants' costs and disbursements herein; and

/ / / / /

/ / / / /

/ / / / /

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO SECOND AMENDED          -4-          C 08-00726 PJH
COMPLAINT
Portlnd3-1628313.1 0061692-00025

1     D.     Such other and further relief the Court deems just and proper.

2   DATED: May 22, 2008                              STOEL RIVES LLP

3

4                                                    By:  /s/ Scott J. Kaplan
                                                         SCOTT J. KAPLAN
5                                                        Attorneys for Defendants
                                                         Strands, Inc. and Mystrands, Inc. (formerly
6                                                        known as Musicstrands, Inc.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO SECOND AMENDED                    -5-                    C 08-00726 PJH
COMPLAINT
Portlnd3-1628313.1 0061692-00025