# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Weigend,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Musicstrands,<br><br>                    Defendant(s). | 08-00726 PJH ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

   The appointment of Paul A. Renne to serve as the Evaluator in this matter is vacated. The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: June 11, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel

                                        _____
                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Evaluator**
08-00726 PJH MED                    - 1 -