# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Weigend,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Musicstrands,<br><br>                    Defendant(s). | 08-00726 PJH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Dirk M. Schenkkan**
Howard Rice Nemerovski Canady Falk & Rabin
Three Embarcadero Center, 7th Fl.
San Francisco, CA 94111
415-399-3055

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: June 16, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:    Alice M. Fiel

7

8  _____
   ADR Case Administrator
9  415-522-3148
   Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
08-00726 PJH ENE                              - 2 -