

**HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN**

*A Professional Corporation*

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
*www.howardrice.com*

Writer's Information:

Dirk M. Schenkkan
Direct: 415.399.3055
dschenkkan@howardrice.com

June 19, 2008

VIA E-MAIL

David Wong
2930 Domingo Avenue, No. 149
Berkeley, CA 94705

Scott Jonathan Kaplan
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

Anthony Joseph DeCristoforo
Stoel Rives LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814

Re:   Weigend v. Musicstrands, et al. No. C 08-00726 PJH ENE

Dear Counsel:

Pursuant to the Notice of my appointment as the neutral evaluator in this matter, I would like to have a conference call with you next week under ADR L.R. 5-7. By return email, please advise as to your available times for such a call beginning on Tuesday.

The call should take approximately 30 minutes. At that time, we will settle on a date for the ENE session so, in advance of the call, please be sure you have conferred with your client and any other relevant persons about availability.

Thank you.

Very truly yours,

Dirk M. Schenkkan

DMS/dej
cc:   Alice M. Fiel, ADR Case Administrator

David Wong
Scott Jonathan Kaplan
Anthony Joseph DeCristoforo
June 19, 2008
Page 2


bcc:  Calendar Department

W03 112530049/47/1509519/v1