**FILED**

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Weigend,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Musicstrands,<br><br>　　　　Defendant(s). | No. C 08-00726 PJH ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) **7/30/08**

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☐ phone discussions expected by (date) _____

　　☒ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: *July 30, 2008*

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Evaluator, Dirk M. Schenkkan
　　　　　　　　　　　　　　　　　Howard Rice Nemerovski Canady Falk & Rabin
　　　　　　　　　　　　　　　　　Three Embarcadero Center, 7th Fl.
　　　　　　　　　　　　　　　　　San Francisco, CA 94111

**Certification of ADR Session**
08-00726 PJH ENE