UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREAS WEIGEND,

        Plaintiff(s),                               No. C 08-0726 PJH

   v.                                           **ORDER OF DISMISSAL**

MUSICSTRANDS, et al.,

        Defendant(s).

       The parties hereto, by plaintiff's counsel telephonically and defendant's counsel in writing, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

       If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice. The January 11, 2010 trial date is VACATED.

       IT IS SO ORDERED.

Dated: January 4, 2010

                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge