DAVID WONG, ESQ. (Bar No. 234788)
2930 Domingo Ave #149
Berkeley, CA 94705
(510) 684-2759

Attorneys for Plaintiff
**ANDREAS WEIGEND**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

ANDREAS WEIGEND,

    Plaintiff,

vs

MUSICSTRANDS, MEDIASTRANDS, MYSTRANDS, and DOES 1-50,

    Defendants

Case No. C 08-00726 PJH

**ORDER DENYING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

Plaintiff ANDREAS WEIGEND hereby requests the Court approve the substitution of Eugene N. Stuart III, Attorney at Law, as attorney of record in place and stead of David Wong [present attorney of record].

Dated January 17, 2010

_____
ANDREAS WEIGEND

I consent the above substitution.

Dated: January 20, 2010

_____
David Wong
Attorney at Law

I am duly admitted to practice in this district

Dated: January 20, 2010

_____
Eugene N. Stuart III
Attorney at Law

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

Substition.wpd

Law Offices of
Eugene Stuart
101 California St.,
Ste. 2450
San Francisco, CA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ANDREAS WEIGEND | CASE NUMBER |
|---|---|
| Plaintiff(s) | Case No. C 08-00726 PJH |
| v. | |
| MUSICSTRANDS, MEDIASTRANDS, MYSTRANDS, and DOES 1-50, | ORDER ~~ON~~ DENYING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__ANDREAS WEIGEND__   ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute __EUGENE N. STUART III__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__101 California Street, Ste. 2450__
*Street Address*

__San Francisco, CA 94111__                __enstuart@chustuart.com__
*City, State, Zip*                          *E-Mail Address*

__415-371-1618__        __866-565-0666__                        __122531__
*Telephone Number*       *Fax Number*                            *State Bar Number*

as attorney of record in place and stead of __DAVID WONG__
*Present Attorney*

is hereby   ☐ GRANTED   ☐ DENIED

Dated __1/25/10__                         _____
                                           United States ~~Magistrate~~ Judge

**DENIED**
Judge Phyllis J. Hamilton

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.